ABRAM SIDMAN, an Infant, by JACOB SIDMAN, His Guardian ad Litem, Appellant, *v.* RICHARD STEPHENS et al., Doing Business under the Firm Name of J. STEPHENS & SONS, Respondents.

*Negligence — streets — when merchant who stores wagons on plot of land inside building line but adjacent to sidewalk not obliged to fasten them any more securely than necessary to keep them in place if not meddled with.*

*Sidman* v. *Stephens*, 198 App. Div. 964, affirmed.
(Argued May 10, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 15, 1921, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. The defendants own and operate a store in the city of Albany, located on the east side of Philip street, and extending from Hudson avenue to Market street. In about the center of the Philip street side of the defendants' store there is an irregular, angular shaped space, where defendants store their trucks used in their business, and to the south of it, extending to Market street, is a high platform. This open space and platform, wholly inside the building line, is covered by a canopy, which extends out across the sidewalk of Philip street. On the date of the accident herein two of the defendants' large wagon trucks were in this open space. Plaintiff with other

boys were playing on and about the wagons. Suddenly, the wagon on which plaintiff had climbed started to move and plaintiff in attempting to get off fell, was run over by the wagon and received the injuries complained of. There was uncontradicted evidence that one of the boys loosened the brake that held the wagon. The trial court held that defendants were not bound to fasten the wagon any more securely than was necessary to keep it in place if not meddled with.

*J. Harris Loucks* for appellant.

*P. C. Dugan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.